RECEIVED

MAR - 7 2022

AT 8:30_____M
WILLIAM T. WALSH
CLERK

The United States District Court for the
United States District of New Jersey
Central Division

Aikiam Floyd (pro se)
        Plaintiff
        -V-                    Complaint
United States                  and
        Defendant              Jury Demand

## Complaint

Plaintiff Aikiam Floyd bring action against
the Defendant United States for Neglience,
Cruel and unusual punishment violation of Eighth amendment,
Intentional Infliction of Emotional distress, and Delibrately
indifferances with neglience

## Jurisdiction

This court has subject matter Jurisdiction to
(a) 28 U.S.C. Section 1331, because the case arises
under the constitution and law of the united States (b)
28 USC Section 2679 Federal Tort claim Act seeks
action and damages for Violation in complaint.
Plaintiff Aikiam Floyd is currently in custody of

the Federal Bureau of Prisons. He is represents his-self pro-se. Defendant United States, Federal Bureau of Prisons and F.C.I Fort DIX employees Violated his constitutional rights, disregaid duty and obligation to protect prisoners safety and health.

## Summary

While in the care of the united states, Bureau of Prisons scheme in place to identify, Isolate, and prevent Covid-19 failed. The Bureau of Prisons not only negligently transfer Covid 19 infected inmates from F.C.I. Elkton to F.C.I. Fort DIX, But encourage practices which transfer contagious and Infected inmates internally with-in F.C.I. Fort DIX that infected More than half the inmate population with myself included, in some cases cause death. The Bureau of Prisons failed to impose, enforce, and regulate policies in accordance to the Center of Disease Control. At then Warden Ortiz of F.C.I. Fort DIX and Bureau of Prisons were not meeting the basic recommendation of Center of Disease Control, Making only limited use of " Cares Act" home confinement as well as other Material tools at their disposal to reduse the prison general population. The failures of the united states to protect prisoner safety, health, with adguate medical care, which disregards their responsibilty and obligation. These Practices by the united States expose Mr.

to the covid-19 virus, but create conditions of my confinement to render cruel and unsual punishement, under the oppressor's hands with neslisence conduct that result to my injury.

Each of the allege is reincorporated and herein and made part of this paragraph previously state in summary.

### Intentional infliction of Emotional distress count

1) Prisoner rights was violated, when left in a cell like room with not toilet and sink, which Plaintiff shitted on his self. and was not treated with respect, consideration, and dignity 2) Denied the right of certain diagnostic test of infectios disease. 3) Denied the right to recieve treatment in a timely manner recommended by health care provider

Each of the allesation previously stated is reincorporated herein and made part of this paragraph

### Deliberately Indifferance with Neslisence count

Each of the allegation previously stated is reincorporated herein and made part of this paragraph.

Cruel and unusual punishment
Violation of Eighth amendment count

4) In March. 2020 through Febuary. 2022 the United states Federal Bureau of Prisons and F.C.I. Fort DIX staff continue to use practices that de-Huminize me and Inmate population at Fort DIX facility. Policies that had me pack in living quarter like Sardine in a can, No type of ventilation system in place, contaminated water supply use for drinking and showers, place in condem housing units were windows are missing from top floors Infestation of insects and rodents, cold to the point thiers no telling if the heat is on, being serve only cold meals, or food so old it come with mold and freezer burns. After being hospitalize I return to F.C.I. Fort DIX and place in cell on the first floor in medical unit (5806) with no toilet or sink, heat, A mattress place on sament Block use as a bed frame. I explain to nurse Ms. Mertz Just got off a Ivy machine and use the bathroom alof and it's illegal to put me in a cell with nothing in it. I was told to set in it,

later one return with a bottle of water and a container to pee in and said I have to stay here til the next day. I explain that I pee alot and have diasrriaha and need to speak to a Luitenant (LT). When the LT. came I bang and beg for his attention but was ignored, within forty minutes the container was filled with pee to the point it was over flowing out the bottle on my hand and on to the floor, I eventually shitted myself. A C.O. was across from me watching a guy on sucecide watch, this officer refuse to call anyone to help me. I was unable to take a shower for days with shit on my body, no extra clothing. When I finally got a shower water was cold like the artic shores. I was denied medical attention when I ask C.O. Johnson to call medical staff because I was unable to breathe, He said wait to your unit officer come and continue to ignore me when I was looking for help, I ended up breathing in and out of a bag to ensure I don't die. This was an outrage to a degree that no civilized person will be able to endure.

Correctional officer - (C.O.)
Luitenant - (L.T.)

Each of the allegation previously stated is reincorporated herein and made part of this paragraph

## Negligence count

8)    On or about March. 22,2020 I sent a email to then Warden Ortiz letting him know my life is in jeopardy because of a sick officer. LT. Guillepsi inform the entire unit 5812 to disregard the officer, A request for the officer to be remove was denied. April. 2, 2020 I sent a copy of that email with a petition for compassionate release, which also was denied. On October. 19, 2020 a negative test result for covid-19 was affirm, while at medical. I learn that a B&R staff test positive for covid-19 and exposed three inmates that was house in unit 6812. I was force to return and stay in housing unit 6812 with infected inmates after testing negative for covid-19 and denied to be place in a seperate isolation/quarantine knowing that I just test negative for covid-19. I was purposely expose to covid-19 due to the bad practices of the Federal Bureau of Prison staff ① Health Director of fort Dix Turner-Foster ② Health services administratta staff of fort Dix Mr. Wilks and Mr. Haczynski ③ Warden Mr. Ortiz ④ unit Manager Mr. Byrd. Mrs. Turner-Foster and Mr. Haczynski declare a status of recovery without the resulre two negative as recommended by CDC

while still feeling sick due to the decision by Fort DIX administration staff of health services to keep infected and non-infected Inmate together, I was place for transfer to unit 5852 (BDAP). I voice my concern with Turner-Foster and Haczynsk " what you doing spreading this virus". the status of the unit 5812 was change to recovery on Dec. 3, 2020, I was tranfer to 6852 the next day. I advise the unif team in 5852 and Inmate in the unit no testing was done before the transfer to this BDAP unit. In 3-4 weeks the entire unit 5852 (BDAP) had a outbreak of covid-19. Medical staff came test the entire unit and said "if you came from unit 5812 you are not being tested" I read inmate shuuuel Zarzar last test result before the transfer, which it said positive for Covid-19, He was also in 5812 and trankered to 5852 (BDAP). Health services administration at F.C.I Fort DIX purposely clear positive Inmates for transfer to other housing unit at Fort DIX and endanger my life and contribute to me contracting covid-19.

Each of the allegation previously stated is reincorporated herein and made part of this paragraph

My personal experiences and knowledge of event at F.C.I Fort DIX..

1) I'm a inmate at F.C.I. Fort DIX

2) I tested negative for covid-19 on October 19, 2020. On this same day I found out that R&D staff tested positive for covid and exposed three inmates thats housed in same unit as me. I was still at Health services and was sent back to the unit were I risk being infected with covid. Unit Manager Mr. Byrd and Health services Mr. Willas was inform that I tested negative for covid-19 and request to be remove from the housing unit 5812, but was denied

3) On October 20, 2020 testing for covid-19 was conducted in housing unit 5812, I was denied a test

4) on October 22, 2020 test result confirm 54 inmates positive with covid-19 in housing unit 5812

5) on october 26, 2020 F.C.I. prison administration staff exposed healthy inmate, NON-covid infected inmates when they allowed covid-19 positive inmates back into housing unit 5812. 175 inmates had previously test negative for covid-19.

6) on October 29, 2020 105 inmates tested positive for covid-19, On November 2, 2020 I along with 45 others tested positive for covid-19

7) As of November 5, 2020 207 confirmed cases of inmates infected with covid-19 in housing unit 5812, Bf November 9, 2020 the entire housing infected in 5812

8) F.C.I. Fort Dix's prison and Bureau of Prisons administration staff scheme in place to identify, isolate covid-19 infected inmates failed. Bureau of Prison has failed to impose or enforce policy and regulation to protect the health and safety of the inmate population.

9) Mandatory testing requirement for staff has not been enforce or implemented at F.C.I. Fort Dix, which permitted staff member to transport covid-19 into the prison complex and into the inmates housing unit.

10) I test positive on November 16, 2020 and negative on November 18, 2020, I was still around inmate who were infected their were no seperation between positive case and negative cases of covid-19, I felt sick still there was no two negative test requirement being implemented before transfer as recommended by CDC. I was transfered to (RDAP) residential Drug Abuse Program Unit 5852.

11) I saw Inmate Shamuel Zarzar last test which showed he was positive for covid-19 over November 18, 2020, he also was transfered to RDAP unit 5852 same day as me.

12) I had symptom of diarrhea, back and body aches, stomach pain, vomiting, dizziness, chest pain headaces lost of taste, fatigue, face feet swell up, mental stress, light spot in vision

13) March 20, 2020 through Feb, 2022 I experiance humiliating conduct which old food with mold and freezer burn was serve place in cell with no toilet or sink which I shitted myself

14) I was infected with covid-19 on numerous occasion, & was in quaranthe/Isolation in unit 5812, 5852, 5806, and in two condem building units 5803 and 5703

15) unit 5703 and 6803 were condem building unit that goes against all housing regulation from pest control needed, ceiling breaking over my head, window missing out on top floor, No clean drinking water and food being serve with Mold

16) Medical staff untimely medical attention and medication for H. Pylori

17) Took multiple action for Administrative Remedy between March 2020 - 2022 which in most cases were denied while at FCI Fort Dix

18) On November 15, 2021 right to bring a claim to court under federal Tort claim Act with in 6 month of that date. Claim # TRT-NER-2021-03653 was Denied by U.S. Department of Justice Federal Bureau of Prison Northeast Regional office

19) A claim of Intentional infliction of Emotional distress is added to count

20) A claim of Deliberately indifferance with Negligence is added to count

21) chigozie IDE and L. Henderson conducted my covid-19 test on Oct. 19, 2020

22) FCI Fort DIX housing units are so old it have lead paint chipping of the walls

23) Federal Bureau of Prisons. F.C.I. Fort DIX staff

Health services administrators, Director of Health services, Warden, unit manager, Counsler, Luitenant, Correctional officer, Medical M.N. and M.D. staff are actors of the United States and acting under color of state law, United States government.

Aikiam Floyd tested for Covid-19 was Negative on Oct. 19 2020. I've been hospitalize, I'm unable to taste the food that once gave me joy and been de-huminize, which increase levels my anxiety and depression. Where fore plaintiff prays this court.

A) Awards Plaintiff $200,000 for injury

B) Award Plaintiff such damages as a Jury of my peers deem appropricate and Just

C) Require the united states remove lead pipes and paint at every Bureau of Prisons location

D) Require the United state ensure clean water supply at every Bureau of prisons location

E) Housing unit are up to standard of living in every Bureau of Prison location

Aikiam Floyd
#86220053

For any reason that I'm am transfer to another institution with-in the federal Bureau of Prisons. I will write this court to send me any information that involve this complaint. At this moment I could be transfered to any other location with-in the Bureau of Prison and I ask the court to acknowledge.

Aikiuan Floyd
March. 3, 2022

Aikiuan Floyd # 86221053
F.C.I Fort DIx
P.O. 2000
Joint Base MDL, NJ 08640

C.C. Malvina Nathanson
80 Broad Street 5th Floor
New york, NY 10004
(212) 608-6771